THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED ROMANO, Appellant, v. JOSEPH H. BROPHY, as Warden of Auburn State Prison, Auburn, New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

HARRY S. VAUGHN, Respondent, v. LEON EHRMANTRAUT, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

ALICE WHEELER, Respondent, v. CLIFFORD WHEELER, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Proceeding under the Grade Crossing Elimination Act, for the Elimination of the Existing Highway-Railroad Crossings at Grade of the Railroad Operated by THE PENNSYLVANIA RAILROAD COMPANY and the Railroad of the BUFFALO, ROCHESTER & PITTSBURGH RAILWAY COMPANY, etc., and Chili Avenue, in the City of Rochester, Monroe County. (Case No. 6600.) — Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Proceeding under the Grade Crossing Elimination Act, for the Elimination of the Existing Highway-Railroad Crossing, etc., in the Village of Lancaster, Erie County. (Case No. 5935.)— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Judicial Settlement of the Accounts of FRANK H. FISHER, as Committee of VINCENT VOLKMAR, an Incompetent Person.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

CENTRAL TRUST COMPANY, ROCHESTER, NEW YORK, Respondent, v. MANN'S RESTAURANTS, INC., and EBEN H. MANN, Appellants, Impleaded with Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Petition of WYATT D. SHULTZ and CAROLYN SHULTZ DOLCATER, as Co-Executors, etc., of ALBERT B. SHULTZ, Deceased, Respondents, for the Removal of the MANUFACTURERS and TRADERS TRUST COMPANY, as Their Co-Trustee [Co-Executor] and Testamentary Co-Trustee, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ. [See ante, p. 228. See, also, ante, p. 928.]

CHARLES A. WEST, Appellant, v. SINCLAIR REFINING COMPANY and Others, Respondents.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Application of JOSEPHINE KULAK, Petitioner and Appellant, to Review an Order of HENRY E. BRUCKMAN and Others, Constituting the State Liquor Authority of the State of New York, etc., Respondents.— Motion for a reargument denied. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.